ENTERPRISES, INC. v. HEIM

No. 95 PC.

Case below:   6 N.C. App. 548.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 6 January 1970.

LAND v. PONTIAC, INC.

No. 70 PC.

Case below:   6 N.C. App. 197.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 January 1970.

STATE v. GARRETT

No. 97 PC.

Case below:   5 N.C. App. 367.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 January 1970.

STATE v. HUGHES

No. 92 PC.

Case below:   6 N.C. App. 287.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 7 January 1970.

STATE v. LAWSON

No. 94 PC.

Case below:   6 N.C. App. 1.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 January 1970.

STATE v. PENLEY

No. 103 PC.

Case below:   6 N.C. App. 455.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 January 1970.